**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JASON OLIVAS, | ) NO. EDCV 17-1290-R (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| DANIEL PARAMO, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____Feb 9_____, 2018.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE